**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

September 14, 2012

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:     Lowenbein v. Northland**
        **12 CV 3812 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  The Court has scheduled an initial conference for September 19, 2012.  While the parties had worked on the joint letter and case management plan, just a little while ago, the parties resolved the matter in principle.  Therefore, the parties request that the conference be adjourned.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Sergio Alves, Esq.